■ In the Matter of BRENNAN'S BUS SERVICE, INC., et al., Respondents-Appellants, v CITY OF COHOES, Appellant-Respondent.—Cross appeals from an order of the Supreme Court (Prior, Jr., J.), entered May 14, 1987 in Albany County, which, *inter alia,* in a combined action and proceeding pursuant to CPLR article 78, ordered the parties to negotiate regarding whether there was a discontinuation of a nonconforming use.

The order appealed from is a nonfinal intermediate order from which an appeal does not lie as of right *(see,* CPLR 5701 [b] [1]). Since permission to appeal has not been sought and we do not choose to grant such permission *sua sponte,* the appeal must be dismissed.

Appeal dismissed, without costs. Mahoney, P. J., Kane, Weiss, Mikoll and Levine, JJ., concur.